UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINETTE THOMAS, ET AL. | CIVIL ACTION NO. 23-0931 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITY OF OPELOUSAS, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion To Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (Rec. Doc. 15) filed by the City of Opelousas, Mayor Julius Alsandor, and Chris Rideau is **GRANTED** and that all claims asserted by Plaintiffs Antoinette Thomas, personally and on behalf of the Estate of Kevin Thomas, Zsyriel Bell, Kevin Thomas, Jr., and Kee Shon Thomas are **DISMISSED WITHOUT PREJUDICE**. The remainder of the motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion and Order for Leave to File Amended Complaint to Correct Complaint in Opposition to Defendant's [Sic] Motion to Dismiss Under FRCP 12(B) (Rec. Doc. 21) filed by Plaintiffs is **DENIED** as futile and Defendants' Motion to Dismiss for Lack of Subject Matter

Jurisdiction and Failure to State a Claim (Rec. Doc. 23) filed by the City of Opelousas, Mayor Julius Alsandor, and Chris Rideau is **DENIED AS MOOT**.

    **THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 8th day of August, 2024.

                                                                         _____
                                                                         United States District Judge